JOSEPH HANNIGAN, Respondent, *v.* THE UNION WAREHOUSE COMPANY, Appellant.

Reported below, 3 App. Div. 618.
(Argued April 19, 1897; decided May 4, 1897.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered April 15, 1896, which affirmed a judgment in favor of plaintiff entered upon a verdict, and· also affirmed an order denying a motion for a new trial.

The motion was made upon the ground that there is no question in the record for review by the Court of Appeals.

*Dailey, Bell & Crane* for motion.

*William Allen Butler* and *John Notman* opposed.

Motion denied, with ten dollars costs.